1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10

11  CRUZ LOBATO,                        )     NO. SACV 11-01337-MAN
                                        )
12                Plaintiff,            )
                                        )     JUDGMENT
13            v.                        )
                                        )
14  MICHAEL J. ASTRUE,                  )
    Commissioner of Social Security,    )
15                                      )
                  Defendant.            )
16  _____)

17

18       Pursuant to the Court's Memorandum Opinion and Order,

19

20       IT IS ADJUDGED that the decision of the Commissioner of the Social

21  Security Administration is affirmed and the above-captioned action is

22  dismissed with prejudice.

23

24  DATED: November 30, 2012

25                                      _____
                                              MARGARET A. NAGLE
26                                        UNITED STATES MAGISTRATE JUDGE

27

28